# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131282

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHERRY ANN KENDALL,
        Plaintiff-Appellee,

v

                                        SC: 131282
                                        COA: 268247

TERRENCE ALLEN WALKER, SR.,
        Defendant-Appellant.
                                        Kent CC:  85-046812-DS

_____/

       On order of the Court, the application for leave to appeal the April 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

s0918

_____
Clerk